**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**January 14, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-30655

Summary Calendar

SCOTT COSTELLO, CRYSTAL LEIGH COSTELLO;
DIANA COSTELLO,

Plaintiffs-Appellants

versus

CESSNA AIRCRAFT CORPORATION; ET AL,

Defendants,

CESSNA AIRCRAFT CORPORATION,

Defendant-Appellee

Appeal from the United States District Court
For the Western District of Louisiana

(USDC No. 1:01-CV-2684-FAL)

Before REAVLEY, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

    We affirm the grant of summary judgment for essentially the reasons stated by Judge Little in his memorandum opinion.

    AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.